# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv257

| | |
|---|---|
| CYNTHIA M. BEAM; and DONALD L. BEAM, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )  ORDER |
| MERCK & CO., INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the court on defendant Merck & Co., Inc.'s and plaintiffs' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. Having considered defendant Merck & Co., Inc.'s and plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Merck & Co., Inc.'s and plaintiffs' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#5) is **GRANTED,** and all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation.

Signed: October 16, 2006

Dennis L. Howell
United States Magistrate Judge